STATE OF MINNESOTA

IN SUPREME COURT

A16-0596

FILED

December 29, 2016

OFFICE OF
APPELLATE COURTS



In re Petition for Reinstatement of
Larry S. Severson, a Minnesota Attorney,
Registration No. 0099363.

ORDER

By order dated February 18, 2015, we indefinitely suspended petitioner Larry S. Severson from the practice of law for a period of at least 1 year. *In re Severson*, 860 N.W.2d 658, 675 (Minn. 2015) (per curiam). On April 13, 2016, petitioner filed a petition for reinstatement. The petition was considered by a panel of the Lawyers Professional Responsibility Board that, on December 1, 2016, filed findings of fact, conclusions of law, and a recommendation. The panel concluded that petitioner has not proved by clear and convincing evidence that he recognizes the wrongfulness of his conduct and has not proved by clear and convincing evidence that he has undergone the requisite moral change to render him fit to resume the practice of law. The panel recommended that the petition for reinstatement be denied.

The Director and petitioner waive their procedural rights under Rule 18, Rules on Lawyers Professional Responsibility, and neither party wishes to challenge the panel's findings of fact, conclusions of law, or recommendation.

This court has independently reviewed the file and approves the recommended disposition.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the petition for reinstatement filed by Larry S. Severson be, and the same is, denied.

Dated:  December 29, 2016

BY THE COURT:

David R. Stras
Associate Justice